B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## District Of IDAHO

| | | |
|---|---|---|
| In re RANI MARIE CHANDLER, <br> Debtor | ) <br> ) <br> ) <br> ) | Case No. 25-40404 <br><br> Chapter 7 |
| RON CUMMINS <br> Plaintiff <br><br> v. <br><br> RANI MARIE CHANDLER <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Adv. Proc. No. 25-08014-BPH |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　Address of the clerk:　　505 W. FORT ST.
　　　　　　　　　　　　　　　　BOISE ID 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　Name and Address of Plaintiff's Attorney:　　AARON J. TOLSON
　　　　　　　　　　　　　　　　　　　　　　　　　TOLSON & WAYMENT
　　　　　　　　　　　　　　　　　　　　　　　　　1906 JENNIE LEE DRIVE
　　　　　　　　　　　　　　　　　　　　　　　　　IDAHO FALLS, ID 83404

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



United States Courts
District of Idaho

**ISSUED**

*Elizabeth Floden*
**on Aug 19, 2025  4:05 pm**

Date: 8/19/25

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Aaron J. Tolson _____ (name), certify that service of this summons and a copy of the complaint was made 8-28-25 _____ (date) by:

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

  Rani Chandler
  2015 Lawrence Lane #103
  Blackfoot, ID 83221

  Jinni Meacham
  AVERY LAW
  3153 E. 17th Street Ste 3
  Ammon, ID 83406

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 8-28-25    Signature _____

Print Name:    Aaron J. Tolson

Business Address:    1906 Jennie Lee Drive

Idaho Falls, ID 83404